UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL BARLETTA,

                Petitioner,

- against -

SUPERINTENDENT, Elmira Correctional Facility,

                Respondent.

**ORDER**

23-CV-06260 (PMH)

PHILIP M. HALPERN, United States District Judge:

On June 28, 2023, Daniel Barletta ("Petitioner") initiated the instant action by filing a Petition for a Writ of *Habeas Corpus* pursuant to 28 U.S.C. § 2254. (Doc. 1). Magistrate Judge McCarthy issued a Report and Recommendation on May 8, 2024, recommending that the Petition be denied. (Doc. 17). Petitioner filed an objection to the Report on August 6, 2024. (Doc. 24). "A party may respond to another party's objections within 14 days after being served with a copy." Fed. R. Civ. P. 72(b)(2). The docket reflects that Respondent has not responded to Petitioner's objection.

The Court, *sua sponte*, extends Respondent's time to file a response, if any, to Petitioner's objection until March 28, 2025 at 5:00 p.m.

**SO ORDERED:**

Dated: White Plains, New York
          March 21, 2025

_____
PHILIP M. HALPERN
United States District Judge