UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL BARLETTA,

                    Petitioner,

          - against -

SUPERINTENDENT, Elmira Correctional
Facility,

                    Respondent.

**ORDER**

23-CV-06260 (PMH)

PHILIP M. HALPERN, United States District Judge:

On June 28, 2023, Daniel Barletta ("Petitioner") initiated the instant proceeding by filing a Petition for a Writ of *Habeas Corpus* pursuant to 28 U.S.C. § 2254. (Doc. 1). Magistrate Judge McCarthy issued a Report and Recommendation on May 8, 2024, recommending that the Petition be denied. (Doc. 17). On April 1, 2025, the Court adopted Magistrate Judge McCarthy's Report in full. (Doc. 28). Petitioner filed a motion to reconsider that Order on May 1, 2025. (Doc. 29).

Respondent is directed to respond to Petitioner's motion for reconsideration (Doc. 29) by May 15, 2025. Petitioner's reply, if any, shall be filed by May 22, 2025.

                              **SO ORDERED:**

Dated:   White Plains, New York
         May 2, 2025

                              _____
                              PHILIP M. HALPERN
                              United States District Judge